IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:09cr10DCB-JCS

TODD MORICE HEFLEY AND
JOHN KEITH MCCLAINE

## ORDER AMENDING CRIMINAL INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government to amend the criminal indictment to reflect the name of the defendant JOHN KEITH MCCLAINE as **JOHN KEITH MCCLAIN**, and being fully advised in the premises and counsel for the defendant not objecting, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the criminal indictment in this cause is hereby amended to reflect the name of defendant JOHN KEITH MCCLAINE as **JOHN KEITH MCCLAIN**.

SO ORDERED AND ADJUDGED this the 31st day of January, 2010.

UNITED STATES MAGISTRATE JUDGE