IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                          CRIMINAL NO. 5:09cr10DCB-FKB

JOHN KEITH MCCLAIN

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 3 of the Criminal Indictment against the defendant, JOHN KEITH MCCLAIN, without prejudice.

DONALD R. BURKHALTER
United States Attorney

Date: 5/25/10

By: s/ Lynn Murray.
LYNN MURRAY
Assistant United States Attorney
Mississippi Bar No. 3690

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 3 as to the defendant JOHN KEITH MCCLAIN.

ORDERED this 26th day of May, 2010.

UNITED STATES DISTRICT JUDGE